Brian C. Shapiro
Attorney at Law: 192789
«Office_Name»
«Address_1»
«Address_2»
«Telephone»
«Facsimile»
E-mail: brian_rohlfing.office@speakeasy.net

Attorneys for Plaintiff RUSSELL MILLER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL MILLER, | ) Case No.: CV 08-8226 (RC) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the amount of four thousand dollars, ($4,000), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: February 2, 2010

_/S/ ROSALYN CHAPMAN _____
THE HONORABLE ROSALYN CHAPMAN
UNITED STATES MAGISTRATE JUDGE